# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| ACCUVANT, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 8:12-cv-01647-AW |
| | ) |
| MEGADATA TECHNOLOGY, LLC, | ) |
| | ) |
|     Defendant. | ) |

## ANSWER

Defendant, Megadata Technology, LLC, by and through its counsel and pursuant to the Federal Rules of Civil Procedure submits the following as its Answer to Plaintiff's Complaint.

### First Affirmative Defense

Plaintiff's claims are barred by the equitable doctrine of laches.

### Second Affirmative Defense

Plaintiff's claims are barred by the equitable doctrine of unclean hands.

### Third Affirmative Defense

Plaintiff's claims are barred because Plaintiff has failed to mitigate its damages.

### Fourth Affirmative Defense

All or a part of the transactions resulted from Defendant's fraudulent conduct.

### Fifth Affirmative Defense

Defendant's claims are barred by the Statute of Frauds.

### Sixth Affirmative Defense

Plaintiff fails to state a claim upon which relief may be granted.

## Seventh Affirmative Defense

Defendant responds to the specific allegations of Plaintiffs' complaint as follows:

1. Deny.

2. Deny.

3. Admit in part and deny in part.

4. Defendant does not have sufficient information to admit or deny the allegations of this paragraph.

5. Admit.

6. Defendant does not have sufficient information to admit or deny the allegations of this paragraph.

7. Admit.

8. Admit in part and deny in part.

9. Defendant does not have sufficient information to admit or deny the allegations of this paragraph.

10. Admit.

11. Defendant does not have sufficient information to admit or deny the allegations of this paragraph.

12. Admit in part and deny in part.

13. Admit in part and deny in part.

14. Admit.

15. Admit.

16. Admit.

17. Admit in part and deny in part.

18. Admit in part and deny in part.

19. Admit.

20. Admit.

21. Admit.

22. Admit in part and deny in part.

23. Deny.

24. Deny.

25. Deny.

26. Deny.

27. Deny.

28. Deny.

29. Admit.

30. Admit.

31. Admit.

32. Defendant does not have sufficient information to admit or deny the allegations of this paragraph.

33. Deny.

34. Admit in part and deny in part.

35. Admit in part and deny in part.

36. Admit.

37. Admit.

38. Admit in part and deny in part.

39. Deny.

40. Admit.

41. Deny.

42. Admit in part and deny in part.

43. Admit.

44. Deny.

45. No response to the statement is required.

46. Deny.

47. Deny.

48. Deny.

49. No response to the statement is required.

50. No response to the statement is required.

51. Deny.

52. Deny.

53. Deny.

54. No response to the statement is required.

55. No response to the statement is required.

56. Deny.

57. No response to the statement is required.

Accordingly, Defendant respectfully requests that the Court dismiss the above-styled action.

Respectfully submitted, December 27, 2012


 /s/Eden Brown Gaines_____
Eden Brown Gaines #95081
Brown Gaines, LLC
10665 Stanhaven Place
Suite 203
White Plains, MD 20695
egaines@browngaines.com
301-885-0069 (office)
301-542-0032 (fax)


## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Answer to Plaintiff's Complaint was served via the Court's Electronic Case File System this 27th day of December, 2012 on the following:

Heleanne Connolly
Reed Smith, LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
Tel: (703) 641-4504
Fax: (703) 641-4340
*Counsel for Plaintiff*

Christopher W. Healy
Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Tel: (212) 549-0403
Fax: (212) 521-5450
*Counsel for Plaintiff*

 /s/ Eden Brown Gaines___
Eden Brown Gaines